Colin L. Pearce (SBN 137252)
Jolie-Anne S. Ansley (SBN 221526)
**DUANE MORRIS LLP**
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Tele: +1 415 957 3000 / Fax: +1 415 957 3001
E-mail: clpearce@duanemorris.com
        jsansley@duanemorris.com

Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Tele: +1 619 744 2240 / Fax: +1 619 374 2933
E-mail: klalexander@duanemorris.com

Guillermo Marrero (SBN 099056)
**INTERNATIONAL PRACTICE GROUP P.C.**
1350 Columbia Street, Suite 500
San Diego, CA 92101
Tele: +1 619 515-1480
E-mail: gmarrero@ipglaw.com

Attorneys for Defendant and Counterclaimant,
SEAWORLD LLC

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| CITY OF SAN DIEGO, a municipal corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SEA WORLD LLC, a Delaware limited liability company, FKA Sea World, Inc.; and DOES 1-50, inclusive,<br><br>  Defendants.<br><br>SEA WORLD LLC, a Delaware limited liability company, dba SEAWORLD SAN DIEGO,<br><br>  Defendant and Counterclaimant,<br><br>  v.<br><br>CITY OF SAN DIEGO; a municipal corporation, and ROES 1-50, inclusive,<br><br>  Plaintiff and Counterdefendant. | Case No. 3:23-cv-01919-W-DEB<br><br>**DEFENDANT AND COUNTERCLAIMANT SEAWORLD LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL CIVIL RULE**<br><br>Date: December 16, 2024<br>Judge: Hon. Thomas J. Whelan<br>Crtrm: 3C<br><br>Complaint Filed: Sept. 19, 2023 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 16, 2024, or as soon thereafter as practicable, the Honorable Thomas J. Whelan, Judge of the United States District Court, Southern District of California, located at the San Diego Courthouse, 333 W Broadway, San Diego, CA 92101, will, consider Defendant and Counterclaimant SeaWorld LLC, dba SeaWorld San Diego's ("SeaWorld"), motion for an order granting summary judgment in its favor and against Plaintiff and Counterdefendant City of San Diego ("City") pursuant to Federal Rule of Civil Procedure 56 as to the one claim against it in the City's complaint. Specifically, SeaWorld seeks summary judgment in its favor on the City's claim for breach of written lease. Per the Court, there will be no oral argument on SeaWorld's Motion pursuant to Civil Local Rule 7.1.d.1.

For these reasons, and those articulated in the accompanying Memorandum of Points and Authorities, SeaWorld is entitled to judgment as a matter of law as to the City's only claim.

The motion is and will be based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Kay Koch and exhibits thereto, the Joint Statement of Uncontroverted Facts and Conclusions of Law to be filed jointly by the parties 14 days before the hearing date pursuant to Chambers Rule 3(h), the supporting documentary evidence herein, the Court's records and files herein, and such further evidence and arguments as SeaWorld may submit in support of this Motion.

Dated: October 29, 2024

**DUANE MORRIS LLP**

By: *[signature]*

Colin L. Pearce
Jolie-Anne S. Ansley
Karen L. Alexander

Attorneys for Defendant and Counterclaimant, SEAWORLD LLC

2