Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
323-696-229
matthew@matthewstrugar.com

Attorney for Proposed Intervenor and Proposed Amicus Curiae People for the Ethical Treatment of Animals

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, a municipal corporation,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>SEA WORLD LLC, a Delaware limited liability company, FKA Sea World, Inc.; and DOES 1-50, inclusive<br><br>  Defendant and Counterclaimant. | Case No.: 3:23-cv-01919-W-DEB<br><br>**NOTICE OF MOTION AND MOTION OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. TO INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING TO THE PROPOSED SETTLEMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE (CHAMBERS CIVIL RULE 3(b))**<br><br>Date: February 24, 2025<br>Judge: Hon. Thomas J. Whelan<br>Courtroom Number: 3C<br><br>Complaint Filed: Sept. 19, 2023 |

1

NOTICE OF MOTION AND MOTION OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. TO INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING TO THE PROPOSED SETTLEMENT
CASE NO.: 3-23-CV-01919-W-DEB

1  PLEASE TAKE NOTICE THAT on February 24, 2025, or as soon thereafter as this matter may be heard, in Courtroom 3C of the above-captioned Court, located at 333 W. Broadway, San Diego, CA 92101, People for the Ethical Treatment of Animals, Inc. ("PETA"), by and through its undersigned counsel, will and does respectfully moves this Court to permit PETA to intervene in this case for the limited purpose of objecting to the settlement publicly announced by SeaWorld and the City of San Diego, as a matter of permissive intervention under Federal Rule of Civil Procedure 24(b), or in the alternative to appear as amicus curiae (the "Motion").

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities and PETA's proposed objections, which are attached to this Motion.

Dated:   January 13, 2025         /s/ Matthew Strugar
                                  Matthew Strugar
                                  Attorney for Proposed Intervenor
                                  and Proposed Amicus Curiae