Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
323-696-229
matthew@matthewstrugar.com

Attorney for Proposed Intervenor and Proposed Amicus Curiae People for the Ethical Treatment of Animals

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>SEA WORLD LLC, a Delaware limited liability company, FKA Sea World, Inc.; and DOES 1-50, inclusive<br><br>Defendant and Counterclaimant. | Case No.: 3:23-cv-01919-W-DEB<br><br>**OBJECTIONS OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. TO THE PROPOSED SETTLEMENT**<br><br>Judge: Hon. Thomas J. Whelan<br>Courtroom Number: 3C<br><br>Complaint Filed: Sept. 19, 2023 |

People for the Ethical Animals, Inc. ("PETA") submits these objections to the proposed settlement that the City of San Diego ("City") and Sea World, LLC ("SeaWorld") publicly announced on or around December 10, 2024.[1] (*See* ECF 36.)

---

[1] *See, e.g.,* Danielle Dawson, *SeaWorld reaches $8.8M settlement with San Diego in lawsuit over unpaid rent*. December 10, 2024. Fox 5/KUSI. *Available online at* https://fox5sandiego.com/news/local-news/seaworld-reaches-8-8m-settlement-with-san-diego-in-lawsuit-over-unpaid-rent/

1
OBJECTION OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. TO THE PROPOSED SETTLEMENT
CASE NO.: 3-23-CV-01919-W-DEB

According to the parties' press releases, the central feature of the proposed resolution is the City's exchange of its right to collect millions of dollars of public funds for SeaWorld admission coupons to teachers, students, servicemembers, and veterans.

Notwithstanding their immediate and aggressive efforts to publicize the proposed settlement, neither party has offered any indication that a full draft of the proposed settlement will be made available to the public, or that there will be an opportunity for public comment or debate before the settlement is finalized. PETA therefore submits these objections, on its own behalf and on behalf of its San Diego members and supporters, so that the parties and the Court can consider them before the January 31, 2025, settlement disposition conference.

## RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

The City initiated this lawsuit against SeaWorld on September 19, 2023, seeking to recover more than $12 million in unpaid rents, late fees, audit costs and interest, and prejudgment interest pursuant to a 50-year lease between the parties. (*See* ECF. 1-2, ¶¶ 9, 19-25, 27-37.)  After removing the case to this Court, SeaWorld asserted counterclaims against the City—alleging a variety of purported excuses for its protracted failure to pay rents due—and then sought summary judgment on the City's claim that SeaWorld had breached the terms of the lease.  (ECF 1-2, 3-1, 31.)

The City and SeaWorld participated in a mandatory settlement conference on October 30, 2024.  (ECF 32.)  In a closed session of the San Diego City Council on November 18, 2024, the City Attorney's Office provided an update concerning the status of the litigation to the Mayor and City Council.[2]  The parties continued the mandatory settlement conference on November 21, 2024, November 26-27, 2024,

---

[2] *CITY COUNCIL OF THE CITY OF SAN DIEGO CLOSED SESSION AGENDA FOR MONDAY, NOVEMBER 18, 2024 AT 10:00 AM*, available online at https://sandiego.hylandcloud.com/211agendaonlinecouncil/Meetings/ViewMeeting?id=6269&doctype=1&site=council)

2
OBJECTION OF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. TO THE PROPOSED SETTLEMENT
CASE NO.: 3-23-CV-01919-W-DEB

and December 10, 2024. (*See, e.g.,* ECF 32, 33, 34, & 35.) On December 10, 2024, the Court entered a minute entry reflecting that "[t]he parties have reached a settlement of all claims." (ECF 35.) The Court scheduled a Settlement Disposition Conference for January 31, 2025, at 10:00 a.m., and denied SeaWorld's motion for summary judgment as moot. (ECF 35-36.)

The terms of the settlement that was announced on December 10, 2024, do not appear in the Court's record, and the parties have not publicly released any draft settlement documents. However, Sea World and the City nevertheless widely publicized the material terms of their apparent agreement, which received significant local, regional, and national press coverage.[3] According to the multiple news stories concerning the settlement, those terms include the following:

- SeaWorld will pay the City $8.8 million (some sources reported the amount as "$8.5 million");
- SeaWorld's San Diego theme park will provide free season passes to San Diego County teachers for five years;
- SeaWorld will provide one free admission annually to active-duty military and veterans for five years; and
- SeaWorld will provide the City with 1,000 admission tickets to be provided to local school districts.

---

[3] *See, e.g.,* Dave Mason, *SeaWorld to pay city of San Diego $8.8M to settle lawsuit*, VENTURE COUNTY STAR, *available online at* https://www.yahoo.com/news/seaworld-pay-city-san-diego-214825005.html; CBS 8 Staff, *City of San Diego and SeaWorld settle unpaid rent lawsuit for $8.5 million*, CBS 8, *available online at* https://www.cbs8.com/article/news/local/san-diego-and-seaworld-settle-over-12-million-in-back-rent/509-a6acecfe-9a5a-4521-9eae-17a2434afcf5; Danielle Dawson, *SeaWorld reaches $8.8M settlement with San Diego in lawsuit over unpaid rent*. December 10, 2024. FOX 5/KUSI. *Available online at* https://fox5sandiego.com/news/local-news/seaworld-reaches-8-8m-settlement-with-san-diego-in-lawsuit-over-unpaid-rent/

Since the settlement was first announced on December 10, 2024, there has been no publication of a proposed settlement agreement or opportunity for public comment (before the City Council or otherwise). Because it is unclear whether the parties will give impacted members of the public an opportunity to comment concerning the proposed settlement, PETA submits these objections so that the parties can consider them in advance of the January 31, 2025, Settlement Disposition Conference, release the full settlement to the public, and allow an opportunity for public comment and revision to the settlement before it is finalized.

## ARGUMENT

PETA objects to the City and SeaWorld's apparent settlement for two reasons. First, the settlement is essentially a promotional opportunity and a financial windfall for SeaWorld, provided at the cost of millions of dollars to the City and its residents. Although the City and SeaWorld announced the settlement as if it were a *fait accompli,* the parties should not be allowed to finalize a settlement that effectively spends millions of dollars of public money to subsidize and promote a controversial private company whose business is founded on the exploitation of and infliction of cruelty to orcas, dolphins, and other sea animals without reasonable transparency and an opportunity for public comment. Second, PETA objects to the settlement on the grounds that it will harm those for whose benefit the settlement was purportedly reached, including students, teachers, servicemembers, and veterans.

### A.  The Current Proposed Settlement is a Promotional Opportunity and Financial Windfall for SeaWorld at the City's Expense.

The City sued SeaWorld for more than $12.2 million plus pre-judgment interest, pursuant to the terms of a lease that entitled the City to its attorneys' fees and costs if successful. (ECF 1-2, ¶ 15.) Under the terms of the proposed settlement, the City is accepting payment of only $8.8 million, and exchanging its remaining

claim for more than $3 million for (1) free season passes to San Diego County teachers for five years; (2) free admission to active duty military and veterans for five years; and (3) 1,000 admission tickets to be provided to local school districts. These proposed terms come on the heels of San Diego Mayor Todd Gloria's announcement of the actions he would need to take to mitigate the City's $258.2 million projected structural deficit for the coming fiscal year, including hiring freezes, halting the Civic Center Revitalization process, and limiting the construction of new facilities, among other painful cuts that will be required during a "difficult" budget process.[4] The more than $3 million in public funds that the City is forfeiting under the terms of the Settlement could fund positions, overtime, or facilities for the public—but are instead being squandered on SeaWorld coupons for constituencies selected to benefit SeaWorld's public image, rather than the City's actual needs.

SeaWorld, by contrast, is effectively being double compensated under the terms of the proposed settlement. In contrast to the City's reported financial straits, United Parks & Resorts, Inc. (formerly known as SeaWorld Entertainment, Inc.) received record-high total revenue of $1,340.9 million during the first nine months of 2024.[5] In addition to receiving an interest-free, penalty-free, multi-year extension on approximately $8.8 million in unpaid rent—which would have been paid to the City's General Fund,[6] had SeaWorld fulfilled its rent payment obligations in the first

---

[4] San Diego Mayor Todd Gloria, *Mayor Gloria Details Actions to Address Budget Shortfall, Structural Deficit,* November 13, 2024, *available online at* https://www.sandiego.gov/mayor/mayor-gloria-details-actions-address-budget-shortfall-structural-deficit

[5] *See* United Parks & Resorts Inc. Reports Third Quarter and First Nine Months 2024 Results, 2024-11-07, *available online at* https://s1.q4cdn.com/392447382/files/doc_financials/2024/q3/United-Parks-Resorts-Inc-Reports-Third-Quarter-and-First-Nine-Months-2024-Results-2024.pdf

[6] "The General Fund is the City's main operating fund that pays for the core community services that use most of the City's tax revenue, such as public safety,

place—SeaWorld will also benefit from free advertising (some of which it has already gained from the publicity concerning the proposed settlement) and the revenue that it will generate from the use of the SeaWorld coupons. Park admission is only a small part of the cost of attending SeaWorld, which includes parking, food, and merchandise, for example.[7] Thus, individuals who receive a coupon will invariably need to hand over more of their own money—likely much more than the full cost of an admission ticket—in order to use it. Individuals who obtain a coupon under the settlement and have the resources to afford the other costs of admission will likely not attend the park alone, so will incur the costs of admission (and the additional costs) for any others.

The limited public information that SeaWorld and the City provided about the proposed settlement provides no information concerning the value of the admission coupons. For example, was their value calculated at SeaWorld's cost (which could be zero), at wholesale value, or at retail cost? Can SeaWorld use the value of the coupons as a tax deduction? Will the coupons offered under the settlement be in addition to the free passes that SeaWorld likely donates to various organizations and individuals each year, or will SeaWorld use previously budgeted funds to offset its obligations under the settlement? The answer to these questions and others is essential to understand what, if anything, the City and its residents are actually obtaining in exchange for the more than $3 million being forfeited under the proposed settlement. As it currently stands, the proposed settlement appears to

---

parks and recreation, library services, and refuse collection as well as vital support functions." The City of San Diego, A CITIZEN'S GUIDE TO THE CITY'S BUDGET PROCESS, *available online at* https://www.sandiego.gov/sites/default/files/legacy/iba/pdf/budgetguide.pdf

[7] *See, e.g.,* News Release: United Parks & Resorts Inc. Reports Third and First Nine Months 2024 Results at pages 11-12, *available online at* United-Parks-Resorts-Inc-Reports-Third-Quarter-and-First-Nine-Months-2024-Results-2024.pdf

confer unjustifiable benefits to SeaWorld, at the expense of teachers, veterans, military members, and 1,000 San Diego students and their families.

Especially given its current severe budgetary deficits, it would be unconscionable to squander more than $3 million from its General Fund in exchange for a few SeaWorld coupons. Yet, the proposed settlement accomplishes exactly that, while at the same time subsidizing and promoting the party against whom this lawsuit was initially filed. The harm that SeaWorld caused the City and its citizens by not paying millions of dollars of rent was a harm to the public generally, not only to teachers, children, servicemembers, veterans, or any other constituency. SeaWorld should not be permitted reduce its full liability for unpaid rents—which caused harm to the public generally—by offering coupons of unclear value to a tiny sliver of the impacted community and with the result being a financial benefit to SeaWorld through the additional revenue it will derive from the people using those free coupons at its facility.

At a minimum, the City and SeaWorld should release the full terms of the proposed settlement to the public and allow a full and fair opportunity for public comment and input before finalizing the terms of the deal. *See* City of San Diego Charter, Art. VII, Sec. 69 & Art. III, Sec. 11.1.

### B. The Current Proposed Settlement Will Harm the Constituents it Ostensibly Seeks to Benefit.

In addition to the significant lack of transparency and opportunity for public input surrounding the City's expenditure of public funds under the proposed settlement, PETA objects to the settlement on the grounds that it will harm the very constituencies it ostensibly seeks to benefit—both financially, as explained above, and personally, as explained below.

SeaWorld San Diego teaches people that it is acceptable to imprison animals,

deprive them of freedom of movement, and watch them go insane from frustration and loneliness. Because SeaWorld is an entertainment company, not a school or educational or social services organization, it shields its customers from truthful, accurate information concerning the severe harm that its core business causes orcas, dolphins, and other animals imprisoned there. Instead of actually learning about animals and the natural world—such as animals' remarkable intellectual, emotional, and social capabilities, their natural habitats, and how they suffer in captivity—SeaWorld customers see defeated beings who cannot engage in natural behaviors or live as nature intended. The stress that orcas and other marine mammals are forced to endure in SeaWorld's cramped tanks has led to scores of incidents in which orcas have bitten, rammed, lunged at, pinned, and swum aggressively with human trainers—including a 2010 incident in which a trainer was killed during a performance at SeaWorld's Florida park. Other countries, such as France, have banned the use of whales and dolphins in marine zoo shows, leading to the closure of marine parks similar to SeaWorld.[8]

As just one of many examples relevant here, SeaWorld San Diego has eight orcas—Corky (captured in 1969)[9], Ikaika (captive born in 2002), Kalia (captive born in 2004), Keet (captive born in 1993), Makani (captive born in 2013), Orkid (captive born in 1988), Shouka (captive born in 1993), and Ulises (captured in 1980).[10] Orcas are highly intelligent, social animals, who suffer great psychological harm in

---

[8] *See, e.g.,* Jack Guy, Closure of French marine park sparks outcry over future of its two orcas, CNN (January 6, 2025), *available online at* https://www.cnn.com/2025/01/06/europe/marineland-orcas-closure-scli-intl/index.html

[9] Corky is the longest-held captive orca in the world, and has been imprisoned at marine parks for more than 55 years.

[10] SeaWorld San Diego, *Meet the Orcas, available online at* https://seaworld.com/san-diego/animals/orca-underwater-viewing/

captivity. Free-roaming orcas live in large, complex social groups and swim vast distances every day in the open ocean—up to 150 miles per day. At SeaWorld, they are confined to barren concrete tanks and denied the opportunity to engage in most natural behaviors. Orcas held prisoner at SeaWorld often show signs of emotional distress such as floating listlessly, banging their heads against glass walls, and continually swimming in circles. Captive orcas break their teeth chewing on concrete walls and metal gates. Many captive male orcas exhibit complete dorsal fin collapse, which is rare in the wild. While free-roaming male orcas live an average age of 30 years (and up to 60) and females an average of 50 (and up to 80), 44 orcas have died on SeaWorld's watch, at an average age of only 14. Two orcas, Nakai (20 years old) and Amaya (6 years old) confined at SeaWorld San Diego died August 2022, and August 2021, respectively.

In addition to the harms inflicted by captivity itself, public records reflect that SeaWorld regularly fails to provide appropriate care for the animals confined there, at its San Diego and other locations. (*See, e.g.,* Exs.1-7.) For example, in May 2023, the United States Department of Agriculture ("USDA") cited SeaWorld for failing to adequately treat the water in the walrus exhibit and back holding pool that contained five walruses at its San Diego location, which resulted in high coliform bacteria counts for more than a year. (Ex. 5.) A July 5, 2023 Inspection Report reflected SeaWorld San Diego's failure to record weekly coliform water testing in its pools for orcas, dolphins, sea lions, and otters. (Ex. 3.) Recent inspection reports from SeaWorld's Florida location show serious injuries to animals stemming from improper housing conditions, major gaps in fencing, and apparent refusal to keep or furnish required water quality and medical records. (*See* Exs. 1-2, 4, 6-7.)

As part of a publicly traded, for-profit enterprise, United Parks and Resorts, SeaWorld's primary obligation is to shareholders—not animals, teachers, veterans,

servicemembers, or children. Its primary objective is to extract maximum revenue from each of these groups—not to educate them or provide any social or educational benefit. Instead of providing any public, socially valuable benefits whatsoever, visiting SeaWorld teaches children and others that it is acceptable to bully, confine, and mistreat those who are vulnerable. Holding sentient animals of any species captive is a form of violence, from which we should be protecting children—not offering them "free" admission.[11]

## CONCLUSION

For the foregoing reasons, PETA objects to the proposed settlement between the City and SeaWorld.

Dated:     January 13, 2025          /s/ Matthew Strugar
                                     Matthew Strugar
                                     Attorney for Proposed Intervenor
                                     and Proposed Amicus Curiae

---

[11] *See* United Nations, *Convention on the Rights of the Child, Committee on the Rights of the Child, General comment No. 26 (2023) on children's rights and the environment, with a special focus on climate change*, at ¶ 35 (declaring that "Children must be protected from all forms of physical and psychological violence and from exposure to violence, such as domestic violence or violence inflicted on animals."). *Available online at* https://tbinternet.ohchr.org/_layouts/15/treatybodyexternal/Download.aspx?symbolno=CRC%2FC%2FGC%2F26&Lang=en