

| | | |
|---|---|---|
| | United States Department of Agriculture | DMERSEREAU |
| | Animal and Plant Health Inspection Service | **INS-0001120131** |

# Inspection Report

Sea World of Florida  
7007 Sea World Drive  
Orlando, FL 32821

Customer ID: **3108**  
Certificate: **58-C-0077**  
Site: 002  
SEA WORLD OF FLORIDA

Type: ROUTINE INSPECTION  
Date: 10-SEP-2024

**3.101(a)(1)**

**Facilities, general.**

During inspection there were a couple areas that were found in need of repair.
*Sections of the wall at the water level in F pool in Dolphin Stadium, housing 4 bottle-nosed dolphins, has paint that is actively chipping. This chipped paint can enter the water and impact the water quality or become an ingestion hazard to the dolphins.

**There is cracked and broken concrete on the sand bar between seahorse and sand dollar pools at Discovery Cove. At the time of inspection there were 8 dolphins in the 2 pools. This concrete was able to be removed by hand by APHIS officials. Broken concrete can enter the water and impact the water quality or become an ingestion hazard to the dolphins.

Facilities where animals are housed must be maintained in good repair to protect the animals from injury.

Correct by October 1, 2024

This inspection and exit interview were conducted with facility representatives.

Additional Inspectors:

Danisha Bullock, VETERINARY MEDICAL OFFICER

Charles Palmer, VETERINARY MEDICAL OFFICER

Moira Roberts, VETERINARY MEDICAL OFFICER

| | | |
|---|---|---|
| **Prepared By:** | DAVID MERSEREAU | **Date:** |
| | USDA, APHIS, Animal Care | 17-SEP-2024 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 17-SEP-2024 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 3108  
Inspection Date: 10-Sep-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 10-SEP-2024 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000002 | *Delphinapterus leucas* | BELUGA WHALE |
| 000004 | *Tamandua tetradactyla* | SOUTHERN TAMANDUA |
| 000026 | *Phoca vitulina* | HARBOR SEAL |
| 000001 | *Choloepus hoffmanni* | HOFFMANN'S TWO-TOED SLOTH |
| 000005 | *Orcinus orca* | KILLER WHALE |
| 000003 | *Callithrix geoffroyi* | WHITE-FRONTED MARMOSET |
| 000003 | *Cephalorhynchus commersonii* | COMMERSON'S DOLPHIN |
| 000002 | *Potos flavus* | KINKAJOU |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000002 | *Tolypeutes matacus* | SOUTHERN THREE-BANDED ARMADILLO |
| 000082 | *Zalophus californianus* | CALIFORNIA SEA LION |
| 000005 | *Odobenus rosmarus* | WALRUS |
| 000066 | *Tursiops truncatus* | BOTTLENOSE DOLPHIN |
| 000026 | *Trichechus manatus* | CARIBBEAN MANATEE |
| 000020 | *Aonyx cinereus* | ORIENTAL SMALL-CLAWED OTTER |
| 000053 | *Pygoscelis adeliae* | ADELIE PENGUIN |
| 000002 | *Ducula perspicillata* | SPECTACLED IMPERIAL-PIGEON |
| 000001 | *Phoca groenlandica* | HARP SEAL |
| 000001 | *Larus dominicanus* | KELP GULL |
| 000067 | *Phoenicopterus ruber* | AMERICAN FLAMINGO |
| 000015 | *Lophodytes cucullatus* | HOODED MERGANSER |
| 000002 | *Nettapus auritus* | AFRICAN PYGMY-GOOSE |
| 000005 | *Podargus strigoides* | TAWNY FROGMOUTH |
| 000052 | *Aptenodytes patagonicus* | KING PENGUIN |
| 000068 | *Eudyptes chrysocome* | SOUTHERN ROCKHOPPER PENGUIN |
| 000027 | *Oxyura jamaicensis* | RUDDY DUCK |
| 000001 | *Cossypha albicapillus* | WHITE-CROWNED ROBIN-CHAT |
| 000018 | *Pygoscelis antarcticus* | CHINSTRAP PENGUIN |
| 000080 | *Pygoscelis papua* | GENTOO PENGUIN |
| 000005 | *Pelecanus occidentalis* | BROWN PELICAN |
| 000002 | *Crax rubra* | GREAT CURASSOW |
| 000024 | *Spheniscus magellanicus* | MAGELLANIC PENGUIN |
| 000003 | *Eudocimus ruber* | SCARLET IBIS |
| 000001 | *Nannopterum auritum* | DOUBLE-CRESTED CORMORANT |
| 000004 | *Pelecanus erythrorhynchos* | AMERICAN WHITE PELICAN |
| 000001 | *Corvus ossifragus* | FISH CROW |
| 000059 | *Colius striatus* | SPECKLED MOUSEBIRD |
| 000002 | *Chrysolophus amherstiae* | LADY AMHERST'S PHEASANT |
| 000004 | *Coracias cyanogaster* | BLUE-BELLIED ROLLER |
| 000006 | *Aythya americana* | REDHEAD |
| 000001 | *Dendrocygna viduata* | WHITE-FACED WHISTLING-DUCK |
| 000028 | *Ducula bicolor* | PIED IMPERIAL-PIGEON |
| 000002 | *Musophaga violacea* | VIOLET TURACO |
| 000009 | *Ducula aenea* | GREEN IMPERIAL-PIGEON |
| 000003 | *Tockus erythrorhynchus* | NORTHERN RED-BILLED HORNBILL |
| 000001 | *Oxyura leucocephala* | WHITE-HEADED DUCK |
| 000001 | *Plegadis chihi* | WHITE-FACED IBIS |
| 000005 | *Scopus umbretta* | HAMERKOP |
| 000002 | *Spatula cyanoptera* | CINNAMON TEAL |

Page 1 of 3



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 3108  
Inspection Date: 10-Sep-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 10-SEP-2024 |

| | | | |
|---|---|---|---|
| 000005 | *Acridotheres tristis* | | COMMON MYNA / COMMON MYNAH |
| 000005 | *Bostrychia hagedash* | | HADADA IBIS |
| 000001 | *Gallicolumba rufigula* | | CINNAMON GROUND DOVE |
| 000011 | *Larosterna inca* | | INCA TERN |
| 000007 | *Musophaga rossae* | | ROSS'S TURACO |
| 000008 | *Aratinga solstitialis* | | SUN PARAKEET |
| 000003 | *Ara ararauna* | | BLUE-AND-YELLOW MACAW / BLUE-AND-GOLD MACAW |
| 000011 | *Platalea ajaja* | | ROSEATE SPOONBILL |
| 000001 | *Aix galericulata* | | MANDARIN DUCK |
| 000001 | *Oriolus auratus* | | AFRICAN GOLDEN ORIOLE |
| 000002 | *Gallicolumba luzonica* | | LUZON BLEEDING-HEART |
| 000001 | *Aythya collaris* | | RING-NECKED DUCK |
| 000001 | *Centropus sinensis* | | GREATER COUCAL |
| 000002 | *Goura victoria* | | VICTORIA CROWNED-PIGEON |
| 000009 | *Geronticus eremita* | | NORTHERN BALD IBIS |
| 000002 | *Argusianus argus* | | GREAT ARGUS |
| 000003 | *Tauraco leucotis* | | WHITE-CHEEKED TURACO |
| 000001 | *Anas bernieri* | | BERNIER'S TEAL / MADAGASCAR TEAL |
| 000003 | *Pteroglossus beauharnaisii* | | CURL-CRESTED ARACARI |
| 000001 | *Haliaeetus leucocephalus* | | BALD EAGLE |
| 000012 | *Guira guira* | | GUIRA CUCKOO |
| 000002 | *Paradisaea raggiana* | | RAGGIANA BIRD-OF-PARADISE |
| 000001 | *Caracara plancus* | | CRESTED CARACARA |
| 000001 | *Bubo virginianus* | | GREAT HORNED OWL |
| 000003 | *Dacelo novaeguineae* | | LAUGHING KOOKABURRA |
| 000009 | *Caloenas nicobarica* | | NICOBAR PIGEON |
| 000001 | *Cyanocorax beecheii* | | PURPLISH-BACKED JAY |
| 000001 | *Cariama cristata* | | RED-LEGGED SERIEMA |
| 000003 | *Coua cristata* | | CRESTED COUA |
| 000004 | *Trachyphonus erythrocephalus* | | RED-AND-YELLOW BARBET |
| 000003 | *Tockus deckeni* | | VON DER DECKEN'S HORNBILL |
| 000002 | *Burhinus grallarius* | | BUSH THICK-KNEE |
| 000001 | *Chlamydera cerviniventris* | | FAWN-BREASTED BOWERBIRD |
| 000001 | *Eupodotis gindiana* | | BUFF-CRESTED BUSTARD |
| 000002 | *Eurypyga helias* | | SUNBITTERN |
| 000004 | *Ptilinopus magnificus* | | WOMPOO FRUIT-DOVE |
| 000002 | *Ptilinopus melanospilus* | | BLACK-NAPED FRUIT-DOVE |
| 000001 | *Cossypha niveicapilla* | | SNOWY-CROWNED ROBIN-CHAT |
| 000001 | *Lophura edwardsi* | | EDWARDS'S PHEASANT / VIETNAM PHEASANT |
| 000006 | *Nymphicus hollandicus* | | COCKATIEL |
| 000002 | *Paroaria gularis* | | RED-CAPPED CARDINAL |
| 000001 | *Ptilinopus iozonus* | | ORANGE-BELLIED FRUIT-DOVE |
| 000002 | *Megascops asio* | | EASTERN SCREECH-OWL |
| 000003 | *Ara chloropterus* | | RED-AND-GREEN MACAW / GREEN-WINGED MACAW |
| 000002 | *Ara militaris* | | MILITARY MACAW |
| 000001 | *Psittacula eupatria* | | ALEXANDRINE PARAKEET |
| 000004 | *Ara macao* | | SCARLET MACAW |
| 000001 | *Capito niger* | | BLACK-SPOTTED BARBET |
| 000001 | *Pavo cristatus* | | INDIAN PEAFOWL / COMMON PEAFOWL / PEAHEN / PEACOCK |
| 000001 | *Coendou prehensilis* | | PREHENSILE-TAILED PORCUPINE |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 3108  
Inspection Date: 10-Sep-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 10-SEP-2024 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000001 | *Mirounga angustirostris* | NORTHERN ELEPHANT SEAL |
| 000001 | *Bubo bubo* | EURASIAN EAGLE-OWL |
| 000001 | *Bucorvus leadbeateri* | SOUTHERN GROUND-HORNBILL |
| 000004 | *Ducula pacifica* | PACIFIC IMPERIAL-PIGEON |
| 000001 | *Pica hudsonia* | BLACK-BILLED MAGPIE |
| 000002 | *Pteroglossus viridis* | GREEN ARACARI |
| 000001 | *Tauraco erythrolophus* | RED-CRESTED TURACO |

000970  **Total**