

United States Department of Agriculture
Animal and Plant Health Inspection Service

DMERSEREAU
**INS-0000892096**

## Inspection Report

Sea World of Florida

7007 Sea World Drive
Orlando, FL 32821

Customer ID: **3108**

Certificate: **58-C-0077**

Site: 002

SEA WORLD OF FLORIDA

Type: ROUTINE INSPECTION

Date: 11-SEP-2023

**3.150(c)(2)**

**Facilities, general.**

The enclosure housing 26 Magellanic Penguins and 1 Kelp Gull had white material flaking on the ceiling and on one wall underneath an air vent, at the approximate beak height of the penguins. Surfaces must be free of damage that affects structural integrity of the surface or prevents cleaning. These surfaces need to be addressed to ensure that the enclosure can the fully cleaned.
To be completed in two phases as the birds are in molt.
Phase 1) restrict bird access to the area on the wall by September 20, 2023
Phase 2) full correction by December 15, 2023

**3.155(a)**

**Feeding**

In the general commissary food prep area, there were two bottles of supplements for 5 brown pelicans and 4 American white pelicans that were expired. One bottle of "B Complex with Vitamin C Stress Formula" expired 7/2023 and one bottle of "Super 10 Antioxidant" expired 8/2023. Food must be of sufficient nutritive value to maintain a healthy condition and weight range of the bird and to meet its normal daily nutritional requirements. The nutritive quality of expired supplements cannot be guaranteed and should not be used.
Corrected by facility in front of the inspectors September 11, 2023

This inspection and exit interview were conducted with facility representatives.

Additional Inspectors:

KATIE PRICE, VETERINARY MEDICAL OFFICER

**Prepared By:**   DAVID MERSEREAU

USDA, APHIS, Animal Care

**Title:**   VETERINARY MEDICAL OFFICER

**Date:**
18-SEP-2023

**Received by Title:**   Facility Representative

**Date:**
18-SEP-2023



United States Department of Agriculture

Customer: 3108

Animal and Plant Health Inspection Service

Inspection Date: 11-Sep-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 11-SEP-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000002 | *Delphinapterus leucas* | BELUGA WHALE |
| 000004 | *Tamandua tetradactyla* | SOUTHERN TAMANDUA |
| 000026 | *Phoca vitulina* | HARBOR SEAL |
| 000001 | *Choloepus hoffmanni* | HOFFMANN'S TWO-TOED SLOTH |
| 000005 | *Orcinus orca* | KILLER WHALE |
| 000005 | *Callithrix geoffroyi* | WHITE-FRONTED MARMOSET |
| 000003 | *Cephalorhynchus commersonii* | COMMERSON'S DOLPHIN |
| 000002 | *Potos flavus* | KINKAJOU |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000002 | *Tolypeutes matacus* | SOUTHERN THREE-BANDED ARMADILLO |
| 000074 | *Zalophus californianus* | CALIFORNIA SEA LION |
| 000007 | *Odobenus rosmarus* | WALRUS |
| 000066 | *Tursiops truncatus* | BOTTLENOSE DOLPHIN |
| 000023 | *Trichechus manatus* | CARIBBEAN MANATEE |
| 000022 | *Aonyx cinereus* | ORIENTAL SMALL-CLAWED OTTER |
| 000050 | *Pygoscelis adeliae* | ADELIE PENGUIN |
| 000002 | *Ducula perspicillata* | SPECTACLED IMPERIAL-PIGEON |
| 000001 | *Phoca groenlandica* | HARP SEAL |
| 000001 | *Larus dominicanus* | KELP GULL |
| 000071 | *Phoenicopterus ruber* | AMERICAN FLAMINGO |
| 000019 | *Lophodytes cucullatus* | HOODED MERGANSER |
| 000001 | *Nettapus auritus* | AFRICAN PYGMY-GOOSE |
| 000005 | *Podargus strigoides* | TAWNY FROGMOUTH |
| 000053 | *Aptenodytes patagonicus* | KING PENGUIN |
| 000062 | *Eudyptes chrysocome* | SOUTHERN ROCKHOPPER PENGUIN |
| 000029 | *Oxyura jamaicensis* | RUDDY DUCK |
| 000001 | *Cossypha albicapillus* | WHITE-CROWNED ROBIN-CHAT |
| 000019 | *Pygoscelis antarcticus* | CHINSTRAP PENGUIN |
| 000074 | *Pygoscelis papua* | GENTOO PENGUIN |
| 000006 | *Pelecanus occidentalis* | BROWN PELICAN |
| 000002 | *Crax rubra* | GREAT CURASSOW |
| 000026 | *Spheniscus magellanicus* | MAGELLANIC PENGUIN |
| 000003 | *Eudocimus ruber* | SCARLET IBIS |
| 000001 | *Nannopterum auritum* | DOUBLE-CRESTED CORMORANT |
| 000004 | *Pelecanus erythrorhynchos* | AMERICAN WHITE PELICAN |
| 000001 | *Corvus ossifragus* | FISH CROW |
| 000065 | *Colius striatus* | SPECKLED MOUSEBIRD |
| 000003 | *Chrysolophus amherstiae* | LADY AMHERST'S PHEASANT |
| 000005 | *Coracias cyanogaster* | BLUE-BELLIED ROLLER |
| 000006 | *Aythya americana* | REDHEAD |
| 000001 | *Dendrocygna viduata* | WHITE-FACED WHISTLING-DUCK |
| 000027 | *Ducula bicolor* | PIED IMPERIAL-PIGEON |
| 000002 | *Musophaga violacea* | VIOLET TURACO |
| 000009 | *Ducula aenea* | GREEN IMPERIAL-PIGEON |
| 000003 | *Tockus erythrorhynchus* | NORTHERN RED-BILLED HORNBILL |
| 000001 | *Oxyura leucocephala* | WHITE-HEADED DUCK |
| 000001 | *Plegadis chihi* | WHITE-FACED IBIS |
| 000002 | *Scopus umbretta* | HAMERKOP |
| 000005 | *Spatula cyanoptera* | CINNAMON TEAL |



United States Department of Agriculture

Customer: 3108

Animal and Plant Health Inspection Service

Inspection Date: 11-Sep-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 11-SEP-2023 |

| | | |
|---|---|---|
| 000005 | *Acridotheres tristis* | COMMON MYNA / COMMON MYNAH |
| 000005 | *Bostrychia hagedash* | HADADA IBIS |
| 000001 | *Gallicolumba rufigula* | CINNAMON GROUND DOVE |
| 000002 | *Rollulus rouloul* | CRESTED PARTRIDGE |
| 000024 | *Larosterna inca* | INCA TERN |
| 000007 | *Musophaga rossae* | ROSS'S TURACO |
| 000007 | *Aratinga solstitialis* | SUN PARAKEET |
| 000003 | *Ara ararauna* | BLUE-AND-YELLOW MACAW / BLUE-AND-GOLD MACAW |
| 000011 | *Platalea ajaja* | ROSEATE SPOONBILL |
| 000001 | *Aix galericulata* | MANDARIN DUCK |
| 000001 | *Anas crecca* | GREEN-WINGED TEAL / COMMON TEAL |
| 000002 | *Oriolus auratus* | AFRICAN GOLDEN ORIOLE |
| 000002 | *Gallicolumba luzonica* | LUZON BLEEDING-HEART |
| 000001 | *Aythya collaris* | RING-NECKED DUCK |
| 000001 | *Centropus sinensis* | GREATER COUCAL |
| 000002 | *Goura victoria* | VICTORIA CROWNED-PIGEON |
| 000009 | *Geronticus eremita* | NORTHERN BALD IBIS |
| 000002 | *Argusianus argus* | GREAT ARGUS |
| 000004 | *Tauraco leucotis* | WHITE-CHEEKED TURACO |
| 000001 | *Anas bernieri* | BERNIER'S TEAL / MADAGASCAR TEAL |
| 000001 | *Pteroglossus beauharnaisii* | CURL-CRESTED ARACARI |
| 000002 | *Haliaeetus leucocephalus* | BALD EAGLE |
| 000014 | *Guira guira* | GUIRA CUCKOO |
| 000002 | *Paradisaea raggiana* | RAGGIANA BIRD-OF-PARADISE |
| 000001 | *Caracara plancus* | CRESTED CARACARA |
| 000001 | *Bubo virginianus* | GREAT HORNED OWL |
| 000003 | *Dacelo novaeguineae* | LAUGHING KOOKABURRA |
| 000007 | *Caloenas nicobarica* | NICOBAR PIGEON |
| 000001 | *Cyanocorax beecheii* | PURPLISH-BACKED JAY |
| 000001 | *Cariama cristata* | RED-LEGGED SERIEMA |
| 000004 | *Coua cristata* | CRESTED COUA |
| 000004 | *Trachyphonus erythrocephalus* | RED-AND-YELLOW BARBET |
| 000003 | *Tockus deckeni* | VON DER DECKEN'S HORNBILL |
| 000002 | *Burhinus grallarius* | BUSH THICK-KNEE |
| 000001 | *Chlamydera cerviniventris* | FAWN-BREASTED BOWERBIRD |
| 000001 | *Eupodotis gindiana* | BUFF-CRESTED BUSTARD |
| 000002 | *Eurypyga helias* | SUNBITTERN |
| 000006 | *Ptilinopus magnificus* | WOMPOO FRUIT-DOVE |
| 000003 | *Ptilinopus melanospilus* | BLACK-NAPED FRUIT-DOVE |
| 000001 | *Cossypha niveicapilla* | SNOWY-CROWNED ROBIN-CHAT |
| 000002 | *Geopelia cuneata* | DIAMOND DOVE |
| 000001 | *Lophura edwardsi* | EDWARDS'S PHEASANT / VIETNAM PHEASANT |
| 000007 | *Nymphicus hollandicus* | COCKATIEL |
| 000002 | *Paroaria gularis* | RED-CAPPED CARDINAL |
| 000001 | *Ptilinopus iozonus* | ORANGE-BELLIED FRUIT-DOVE |
| 000002 | *Megascops asio* | EASTERN SCREECH-OWL |
| 000003 | *Ara chloropterus* | RED-AND-GREEN MACAW / GREEN-WINGED MACAW |
| 000002 | *Ara militaris* | MILITARY MACAW |
| 000001 | *Psittacula eupatria* | ALEXANDRINE PARAKEET |
| 000002 | *Ara macao* | SCARLET MACAW |
| 000001 | *Capito niger* | BLACK-SPOTTED BARBET |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 3108
Inspection Date: 11-Sep-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 11-SEP-2023 |

| 000001 | *Pavo cristatus* | INDIAN PEAFOWL / COMMON PEAFOWL / PEAHEN / PEACOCK |
|---|---|---|

| 000980 | **Total** |
|---|---|