

United States Department of Agriculture  
Animal and Plant Health Inspection Service

KFRANK  
**INS-0000877856**

# Inspection Report

Sea World LLC

500 Sea World Drive  
San Diego, CA 92109

Customer ID: **3549**

Certificate: **93-C-0069**

Site: **001**

SEA WORLD, L.L.C.

Type: RE-LICENSE INSPECTION  
Date: 05-JUL-2023

**3.106(b)(3)**

**Water quality.**

In review of water quality records, weekly coliform water testing was not recorded for the Orca pools and the Dolphin pools during the weeks of February 20th and June 12th, 2023. In the Sea Lion & Otter A and Main pools, coliform water testing was not recorded for the week of April 10th, 2023. Steps should be taken to ensure that coliform bacterial monitoring is accurate and properly recorded. The facility must maintain water quality which is not detrimental to the health and the well-being of the animals, and must take and test the water samples weekly for coliforms and maintain records, so that they are available for inspection purposes.

Correct by 5 July, 2023.

This is a 1st Re-License Inspection for a Class "C" license. The inspection and exit briefing were conducted with the applicant.

All items must be in compliance within 2 more inspections or by 2 September or the applicant will forfeit the license fee and must wait 6 months to reapply. Please contact your inspector to schedule your next Re-License Inspection.

Regulated activity can continue under your existing USDA license until it expires.

| | | |
|---|---|---|
| **Prepared By:** KATHARINE FRANK | USDA, APHIS, Animal Care | **Date:** 05-JUL-2023 |
| **Title:** VETERINARY MEDICAL OFFICER | | |
| **Received by Title:** Attending Veterinarian | | **Date:** 05-JUL-2023 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 3549
Inspection Date: 05-Jul-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3549 | 93-C-0069 | 001 | SEA WORLD, L.L.C. | 05-JUL-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000007 | *Enhydra lutris* | SEA OTTER |
| 000009 | *Aonyx cinereus* | ORIENTAL SMALL-CLAWED OTTER |
| 000002 | *Choloepus hoffmanni* | HOFFMANN'S TWO-TOED SLOTH |
| 000002 | *Globicephala macrorhynchus* | SHORTFINNED PILOT WHALE |
| 000008 | *Orcinus orca* | KILLER WHALE |
| 000025 | *Tursiops truncatus* | BOTTLENOSE DOLPHIN |
| 000003 | *Delphinapterus leucas* | BELUGA WHALE |
| 000001 | *Delphinus delphis* | SHORT-BEAKED COMMON DOLPHIN |
| 000005 | *Odobenus rosmarus* | WALRUS |
| 000002 | *Arctocephalus townsendi* | GUADALUPE FUR SEAL |
| 000026 | *Zalophus californianus* | CALIFORNIA SEA LION |
| 000007 | *Phoca vitulina* | HARBOR SEAL |
| 000001 | *Phoca hispida* | RINGED SEAL |
| 000001 | *Mirounga angustirostris* | NORTHERN ELEPHANT SEAL |
| 000099 | **Total** | |