

United States Department of Agriculture
Animal and Plant Health Inspection Service

DMERSEREAU
**INS-0000874193**

# Inspection Report

Sea World of Florida  
7007 Sea World Drive  
Orlando, FL 32821

Customer ID: **3108**  
Certificate: **58-C-0077**  
Site: 002  
SEA WORLD OF FLORIDA

Type: ROUTINE INSPECTION  
Date: 06-JUN-2023

**3.101(a)**

**Facilities, general.**

In June 2022, facility staff noted that there was blue material present in the mouth of a female killer whale, Malia, during routine oral husbandry practices. According to facility representatives, this material was particulate debris from pool maintenance work performed on A pool earlier that day. Additionally, on December 21st, 2022 sand was noted in the gastric sample of a male dolphin named Rascal. According to facility representatives, this sand was from the facility's sand filter and entered into F pool through inflows at Whale and Dolphin Stadium. The sand had been noted over the weekend (12/17-12/18). The animal was evaluated by the attending veterinarian.
It is important that no foreign material is in the enclosure that may injure, or otherwise harm the animals.
Housing facilities for marine mammals must be maintained in good repair and protect the animals from injury.
Corrected at the time of inspection.


This inspection and exit interview were conducted with facility representatives.


Additional Inspectors:

E GONZALEZ, VETERINARY MEDICAL OFFICER


**Prepared By:**  DAVID MERSEREAU  
                USDA, APHIS, Animal Care  
**Title:**  VETERINARY MEDICAL OFFICER

**Date:** 12-JUN-2023

**Received by Title:**  Facility Representative

**Date:** 12-JUN-2023



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 3108
Inspection Date: 06-Jun-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 06-JUN-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000002 | *Delphinapterus leucas* | BELUGA WHALE |
| 000004 | *Tamandua tetradactyla* | SOUTHERN TAMANDUA |
| 000026 | *Phoca vitulina* | HARBOR SEAL |
| 000001 | *Choloepus hoffmanni* | HOFFMANN'S TWO-TOED SLOTH |
| 000005 | *Orcinus orca* | KILLER WHALE |
| 000005 | *Callithrix geoffroyi* | WHITE-FRONTED MARMOSET |
| 000003 | *Cephalorhynchus commersonii* | COMMERSON'S DOLPHIN |
| 000002 | *Potos flavus* | KINKAJOU |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000002 | *Tolypeutes matacus* | SOUTHERN THREE-BANDED ARMADILLO |
| 000074 | *Zalophus californianus* | CALIFORNIA SEA LION |
| 000007 | *Odobenus rosmarus* | WALRUS |
| 000065 | *Tursiops truncatus* | BOTTLENOSE DOLPHIN |
| 000033 | *Trichechus manatus* | CARIBBEAN MANATEE |
| 000027 | *Aonyx cinereus* | ORIENTAL SMALL-CLAWED OTTER |

000257   **Total**