

United States Department of Agriculture  
Animal and Plant Health Inspection Service

KFRANK  
**INS-0000870942**

# Inspection Report

Sea World LLC  
500 Sea World Drive  
San Diego, CA 92109

Customer ID: **3549**  
Certificate: **93-C-0069**  
Site: 001  
SEA WORLD, L.L.C.

Type: ROUTINE INSPECTION  
Date: 24-MAY-2023

---

**3.106(b)(1)**

**Water quality.**

Over the past year, the water quality in the Walrus exhibit and back holding pool for five Walruses has been unsatisfactory, with coliform counts in these two pool areas exceeding 1,000 mpn in at least one of the samples most weeks since December 2021. The ozone water treatment for these pools failed, resulting in the inability of the life support system to handle the bio load of five walruses, despite corrective actions. The high coliform counts did not appear to cause any health impacts on the Walruses. Marine mammals require water quality that meets bacterial standards in order to comply with the Animal Welfare Act.

Correct by 9 June, 2023

**3.127(d)**

**Facilities, outdoor.**

The perimeter fence exceeds the height requirement, but in some isolated areas has gaps underneath that would no longer restrict animals from going under the fence and not be sufficient to function as secondary containment for the animals in the facility. Perimeter fences must be constructed and maintained so that it protects the animals in the facility by restricting animals and unauthorized persons from going through or under it and having contact with the animals in the facility, as well as providing secondary containment.

Correct by 26 June, 2023.

This inspection and exit interview were conducted with the Attending Veterinarian and Park leadership.

---

**Prepared By:**  KATHARINE FRANK  
USDA, APHIS, Animal Care  
**Title:**  VETERINARY MEDICAL OFFICER  

Date: 31-MAY-2023

**Received by Title:**  Attending Veterinarian  

Date: 31-MAY-2023



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 3549
Inspection Date: 24-May-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3549 | 93-C-0069 | 001 | SEA WORLD, L.L.C. | 24-MAY-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000007 | *Enhydra lutris* | SEA OTTER |
| 000009 | *Aonyx cinereus* | ORIENTAL SMALL-CLAWED OTTER |
| 000002 | *Choloepus hoffmanni* | HOFFMANN'S TWO-TOED SLOTH |
| 000002 | *Globicephala macrorhynchus* | SHORTFINNED PILOT WHALE |
| 000008 | *Orcinus orca* | KILLER WHALE |
| 000026 | *Tursiops truncatus* | BOTTLENOSE DOLPHIN |
| 000003 | *Delphinapterus leucas* | BELUGA WHALE |
| 000001 | *Delphinus delphis* | SHORT-BEAKED COMMON DOLPHIN |
| 000005 | *Odobenus rosmarus* | WALRUS |
| 000002 | *Arctocephalus townsendi* | GUADALUPE FUR SEAL |
| 000025 | *Zalophus californianus* | CALIFORNIA SEA LION |
| 000007 | *Phoca vitulina* | HARBOR SEAL |
| 000001 | *Phoca hispida* | RINGED SEAL |

000098   **Total**