

United States Department of Agriculture  
Animal and Plant Health Inspection Service

CPALMER  
**INS-0000842649**

# Inspection Report

Sea World of Florida  
7007 Sea World Drive  
Orlando, FL 32821

Customer ID: **3108**  
Certificate: **58-C-0077**  
Site: 002  
SEA WORLD OF FLORIDA

Type: FOCUSED INSPECTION  
Date: 26-JAN-2023

**2.125          Critical**

**Information as to business; furnishing of same by dealers, exhibitors, operators of auction sales, intermediate handlers, and carriers.**

The facility failed to furnish requested records in a reasonable time. On December 9, 2022, an APHIS official requested an itemized list of records required by the Animal Welfare Act: water quality records of the facility's pools, medical records on certain animals, and daily logs on certain animals. The facility was given until close of business, December 13, 2022, to comply, on which date a portion of the requested records were provided to an APHIS official. Failure to furnish all of the required information by the Act or any information concerning the business of the exhibitor impedes our ability to enforce the provisions and regulations of the Act. The information requested shall be furnished within a reasonable time and as may be specified in the request for information. To be corrected from this date forward.

This inspection and exit interview were conducted with a facility representative.

Additional Inspectors:

KRISTIN NAPOLI, SUPERVISORY ANIMAL CARE SPECIALIST

| | | |
|---|---|---|
| **Prepared By:** | CHARLES PALMER | **Date:** |
| | USDA, APHIS, Animal Care | 26-JAN-2023 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 26-JAN-2023 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 3108
Inspection Date: 26-Jan-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 26-JAN-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000000 | NONE | NONE |
| 000000 | Total | |