

United States Department of Agriculture  
Animal and Plant Health Inspection Service

EGONZALEZ  
INS-0000850991

## Inspection Report

Sea World of Florida  
7007 Sea World Drive  
Orlando, FL 32821

Customer ID: **3108**  
Certificate: **58-C-0077**  
Site: 002  
　　　SEA WORLD OF FLORIDA

Type: RE-LICENSE INSPECTION  
Date: 05-DEC-2022

**3.106(a)**

**Water quality.**

A review of water quality records since late August 2020 until present day identified numerous total chlorine readings where the levels in several pool systems actively containing animals were above 1.0PPM. The highest readings were documented at Discovery Cove in DC-1, DC-2, DC-3 and DC Support. At the time of the inspection, the facility was taking water samples every three hours. The 8am and 1pm samples were being collected by animal trainers at various inconsistent locations along the pool sides. The samples taken throughout the rest of the day were being collected by life support staff at consistent locations and depths opposite the inflow valves. Furthermore, the facility's acceptable total chlorine parameters were set between 0.8PPM and 1.2PPM with 1.0PPM being the optimal level. DC-Support pool had 107 readings and DC-1 pool had 554 readings that were above 1.0PPM over the two-year period.

At the time of inspection, there was at least one animal receiving treatment for varying states of eye conditions. Roxy, a 24yr old female Bottlenose dolphin, was under active treatment for an ocular condition. Furthermore, Calli a 24yr old female Bottlenose dolphin received treatment in October 2022 after trainers noted her left eye was squinting. Her veterinary journal indicates that she was seen squinting on October 12th, 2022. The chlorine readings for her pool (Key West) three days prior to the observation were as follows; October 9th 8am: 1.1PPM & 1pm: 1.2PPM; October 10th 8am: 1.2PPM & 1pm: 0.9PPM; October 11th 8am: 1.1PPM & 1pm: 0.8PPM.

| | | |
|---|---|---|
| **Prepared By:** | E GONZALEZ | **Date:** |
| | USDA, APHIS, Animal Care | 03-MAR-2023 |
| **Title:** | VETERINARY MEDICAL OFFICER | |

| | | |
|---|---|---|
| **Received by Title:** | Facility Representative | **Date:** |
| | | 03-MAR-2023 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

EGONZALEZ  
INS-0000850991

## Inspection Report

Industry standards set the maximum level of total chlorine at 1.0PPM. Total chlorine is a measurement of both free chlorine and chloramines. Chloramines are much more irritating to an animal's skin, eyes and lungs than free chlorine. Increasing chlorine to levels above industry standards in pools that actively contain animals in order to maintain coliform levels below 1000 MPN per 100ml of water is not an acceptable method of disinfection. Total chlorine levels above 1.0PPM over extended periods of time can cause marine mammals skin, respiratory, and eye issues. Constant management and maintaining chlorine levels below 1.0PPM is necessary to maintain the health and welfare of the marine mammals. The facility shall ensure that the primary enclosure shall not contain water which would be detrimental to the health of the marine mammal contained therein.

Correct prior to scheduling your next relicense inspection.

This is a 1st Re-License Inspection for a Class "C" license. The inspection and exit briefing were conducted with the applicant.

All items must be in compliance within 2 more inspection(s) or by February 5, 2023, or the applicant will forfeit the license fee and must wait 6 months to reapply. Please contact your inspector to schedule your next Re-License Inspection.

Regulated activity can continue under your existing USDA license until it expires.

Additional Inspectors:

Charles Palmer, VETERINARY MEDICAL OFFICER

| | | |
|---|---|---|
| **Prepared By:** | E GONZALEZ | **Date:** |
| | USDA, APHIS, Animal Care | 03-MAR-2023 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 03-MAR-2023 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 3108  
Inspection Date: 05-Dec-2022

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 3108 | 58-C-0077 | 002 | SEA WORLD OF FLORIDA | 05-DEC-2022 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000005 | *Orcinus orca* | KILLER WHALE |
| 000002 | *Potos flavus* | KINKAJOU |
| 000005 | *Callithrix geoffroyi* | WHITE-FRONTED MARMOSET |
| 000003 | *Cephalorhynchus commersonii* | COMMERSON'S DOLPHIN |
| 000068 | *Tursiops truncatus* | BOTTLENOSE DOLPHIN |
| 000026 | *Trichechus manatus* | CARIBBEAN MANATEE |
| 000028 | *Aonyx cinereus* | ORIENTAL SMALL-CLAWED OTTER |
| 000002 | *Delphinapterus leucas* | BELUGA WHALE |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000002 | *Tolypeutes matacus* | SOUTHERN THREE-BANDED ARMADILLO |
| 000094 | *Zalophus californianus* | CALIFORNIA SEA LION |
| 000005 | *Odobenus rosmarus* | WALRUS |
| 000041 | *Phoca vitulina* | HARBOR SEAL |
| 000004 | *Tamandua tetradactyla* | SOUTHERN TAMANDUA |
| 000001 | *Choloepus hoffmanni* | HOFFMANN'S TWO-TOED SLOTH |

000287 **Total**