Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
323-696-229
matthew@matthewstrugar.com

Attorney for Proposed Intervenor and
Proposed Amicus Curiae People for the
Ethical Treatment of Animals

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN DIEGO, a municipal corporation, | Case No.: 3:23-cv-01919-W-DEB |
| Plaintiff and Counterdefendant, | **CORPORATE DISCLOSURE STATEMENT OF PROPOSED INTERVENOR AND PROPOSED AMICUS CURIAE PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.** |
| v. | |
| SEA WORLD LLC, a Delaware limited liability company, FKA Sea World, Inc.; and DOES 1-50, inclusive | |
| Defendant and Counterclaimant. | Judge: Hon. Thomas J. Whelan<br>Courtroom Number: 3C<br><br>Complaint Filed: Sept. 19, 2023 |

People for the Ethical Treatment of Animals, Inc. ("PETA") submits the following disclosure statement pursuant to Fed. R. Civ. P. 7.1:

PETA is a Virginia non-stock corporation, and a citizen of the State of Virginia. PETA has no parent company and does not issue stock; accordingly, no publicly held corporation owns 10% or more of PETA's stock.

1

Dated: January 13, 2025

/s/ Matthew Strugar
Matthew Strugar
Attorney for Proposed Intervenor
and Proposed Amicus Curiae